```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

      v.                          Criminal No. 09-cr-122-05-JD

Kyle Drouin


O R D E R

The assented to motion to reschedule jury trial (document no. 82 ) filed by defendant is granted; Trial is continued to the two-week period beginning January 20, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              **/s/Joseph A. DiClerico, Jr.**
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: December 29, 2009

Peter E. Papps, AUSA
Kevin E. Sharkey, Esq.
Andrew R. Schulman, Esq.
David W. Ruoff, Esq.
Jonathan R. Saxe, Esq.
Andrew Michael Kennedy, Esq.
Donald A. Kennedy, Esq.
U.S. Marshal
U.S. Probation